UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-304-RLV
(3:97-cr-340-RLV-1)

| | |
|---|---|
| ARNOLD LORENZO PAIGE, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) ) | **ORDER** |

**THIS MATTER** is before the Court upon initial review of Petitioner's Supplemental Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. (Doc. No. 8) Petitioner is represented by the Federal Defenders of Western North Carolina.

According to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court must examine the § 2255 motion, any attached exhibits, and the record of the prior proceedings and determine whether Petitioner may be entitled to any relief. The Court has conducted an initial review and finds that the Government should file a response, motion, or answer to Petitioner's § 2255 supplemental motion.

**IT IS, THEREFORE, ORDERED** that the Government shall file an answer, motion, or response to Petitioner's § 2255 supplemental motion within sixty (60) days from entry of this Order.

Signed: December 15, 2016

Richard L. Voorhees
United States District Judge