UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-304-MOC
(3:97-cr-340-MOC)

| ARNOLD LORENZO PAIGE, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court on the parties' responses to this Court's October 15, 2020 Order to Show Cause (Docs. 12-14).

Both Petitioner and Respondent agree that this matter shall remain in abeyance pending the Supreme Court's decision in Borden v. United States, No. 19-5410. For good cause shown,

**IT IS HEREBY ORDERED** that this matter remain in abeyance pending the decision of the Supreme Court in Borden v. United States, No. 19-5410.

**IT IS FURTHER ORDERED** that the Government shall file its response to Petitioner's motion to vacate within 60 days of the Supreme Court's decision in Borden.

**IT IS SO ORDERED.**

Signed: February 8, 2021

Max O. Cogburn Jr.
United States District Judge